IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:22-CV-00190-M-BM

| | |
|---|---|
| BRIAN JOHN WUEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on a letter filed by the Plaintiff and construed liberally as a motion requesting a copy of the case docket [DE 17]. The motion is GRANTED. The Clerk of the Court is directed to provide to the Plaintiff a copy of the docket in this case with a copy of this order.

SO ORDERED this 22d day of February, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE